# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:21-CV-00528-GCM

| | |
|---|---|
| **JENNIFER SHUMAKER,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

**THIS MATTER** comes before the Court on the Consent Motion for Remand (ECF No. 13) by the Acting Commissioner of Social Security. The parties ask the Court to enter an order remanding this case back to the Social Security Administration for further administrative proceedings.

**IT IS THEREFORE ORDERED** that:

1. The Consent Motion for Remand (ECF No. 13) is **GRANTED**.

2. Pursuant to Sentence Four of 42 U.S.C. § 405(g), this case is **REMANDED** back to Defendant for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89, 101 (1991); *Shalala v. Schaefer*, 509 U.S. 292, 303 (1993).

**SO ORDERED**.

Signed: April 25, 2022

Graham C. Mullen
United States District Judge