# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00528-GCM

| | |
|---|---|
| JENNIFER SHUMAKER,<br><br>**Plaintiff,**<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>**Defendant.** | **ORDER** |

**THIS MATTER** comes before the Court on Plaintiff's Consent Petition for Attorney Fees (ECF No. 16). The parties aver that under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, Plaintiff should receive $7,000.00 in attorney's fees as the prevailing party in this action. Having reviewed the motion and all supporting materials, the Court agrees, and will grant the motion.

**IT IS THEREFORE ORDERED** that the Consent Petition for Attorney Fees (ECF No. 16) is **GRANTED**. The Commissioner of Social Security shall pay to Plaintiff the sum of $7,000.00, and upon the payment of such sums this case is **DISMISSED** with prejudice. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick Arrowood, and mailed to his office at P.O. Box 58129, Raleigh, North Carolina 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

**SO ORDERED**.

Signed: July 20, 2022

Graham C. Mullen
United States District Judge